# EXHIBIT B



### henrycliud_

View profile

AUG 8, 2023

 Hi just want to let you know that this spa formally known as 'Butt Cupping' is now using your name 'Body Lounge' as their new name for their spa. @body___lounge is the insta. Just wanted to let you know.
❤️

AUG 13, 2023

Hi !  Thank you so much for letting us know !

Seen

Message…