# EXHIBIT C



Add a Caption

Monday • Sep 30, 2024 • 1:47 PM
 IMG_9663

Apple iPhone 13 Pro

Wide Camera — 26 mm f1.5
12 MP • 4032 × 3024 • 1.9 MB