UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

Attorney: GOUCHEV LAW PLLC
Address: 45 ROCKEFELLER PLAZA, 20TH FLOOR NEW YORK, NY 10111

| | | |
|---|---|---|
| BODY LOUNGE BEAUTY BAR & SPA LLC<br><br>vs<br>BUTTT CUPPING, INC a.k.a. BODY LOUNGE<br><br> | Plaintiff<br><br><br><br><br><br>Defendant | INDEX #: 1:25-CV-01257-KAM-JAM<br><br>Date Filed: 03/07/2025<br><br>Client's File No.: body lounge vs buttt |

## SECRETARY OF STATE - AFFIRMATION OF SERVICE

**Nathaniel Crespo**, affirms and says:

Affirmant is over the age of (18) years; affirmant is not a party herein; that on **04/30/2025**, at **2:40 PM**, at the office of the Secretary of State of the State of New York located at 99 Washington Avenue, Albany, NY 12210, affirmant served the annexed

**SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBIT A - D**

on: **BUTTT CUPPING, INC a.k.a. BODY LOUNGE**, Defendant in this action

By delivering to and leaving with **NANCY DOUGHERTY** AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 copies thereof and that at the time of making such service, affirmant paid said Secretary of State a fee of $40.00 dollars; that said service was made pursuant to Section 306 BCL.

The Index No. and the date the action was filed were clearly marked and visible to the defendant. Affirmant further says that affirmant knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: **Gender**: Female **Race**: White **Color of hair**: Brown **Age**: 51 - 65 Yrs. **Height**: 5ft 0in - 5ft 3in **Weight**: 100-130 Lbs. **Other Features**:

I affirm on 05/01/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



Nathaniel Crespo

Job #: 1596526

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*