

**Alexander Rayskin, Esq.**
Direct Tel. (212) 537-9209 ext.24
alexander@thebusinesslawfirm.com

May 15, 2025

<u>**VIA ECF**</u>

Honorable Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   **Service of Process Status Report in <u>Body Lounge Beauty Bar and Spa LLC v. Buttt Cupping Inc.</u>, Civil Action No. 1:25-cv-01257**

Dear Judge Marutollo:

This Office represents Plaintiff, Body Lounge Beauty Bar and Spa LLC, in the above-captioned case.

The Court has requested a report on the status of service of process on the defendant. Plaintiff has effected valid service of process on the defendant, pursuant to BCL Section 306, by serving the Summons and Complaint on the New York State Secretary of State on April 30, 2025. The Affidavit of Service to that effect was filed on the docket on May 13 at No.7.

Sincerely,

*Alexander Rayskin*

Alexander Rayskin