

**Alexander Rayskin, Esq.**
Direct Tel. (212) 537-9209 ext.24
alexander@thebusinesslawfirm.com

May 16, 2025

<u>**VIA ECF**</u>

Honorable Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** Update on Status Report Regarding Service of Process in <u>Body Lounge Beauty Bar and Spa LLC v. Buttt Cupping Inc.</u>, Civil Action No. 1:25-cv-01257

Dear Judge Marutollo:

This Office represents Plaintiff, Body Lounge Beauty Bar and Spa LLC, in the above-captioned case.

Pursuant to the Court's Order, dated May 15, 2025, Plaintiff respectfully submits the following update:

(a) (1) Plaintiff identified the following proper service address for the Defendant, as listed on the Defendant's website at https://bodylanguage-nyc.com/: 30-89 38th Street, Astoria, NY, 11103.

(2) Plaintiff also identified another proper service address for the Defendant, as listed on the New York Secretary of State database listing for domestic corporations: 9508 Queens Blvd., Apt. 4D, Rego Park, NY, 11374.

When Plaintiff's process server attempted service of process at these addresses, he was informed that no such Defendant was known at either location. As a result, Plaintiff ultimately effected service on the New York Secretary of State pursuant to BCL § 306 to ensure valid service under the Federal Rules of Civil Procedure.



(b) After Plaintiff effected service on the Defendant pursuant to BCL §306 on April 30, Plaintiff noticed that the Defendant updated its website with an additional address: 251-73 Jericho Turnpike, Bellerose, NY 11426, while retaining the Astoria address. To ensure that the Defendant becomes aware of the lawsuit, Plaintiff also arranged for delivery of the Summons and Complaint to the Bellerose address on May 9.

Plaintiff is aware of the Defendant's phone number listed on the website, (516) 370-4000, previously used to confirm the accuracy of the Astoria address. Aside from the above, Plaintiff does not possess any other contact phone numbers or property addresses for the Defendant. Plaintiff does not possess any email addresses for the Defendant.

(c) Plaintiff's efforts to determine Defendant's proper service addresses and contact information included searches of the Defendant's publicly available social media, inquiries with the addresses listed above and numerous online searches.

Plaintiff continues to monitor the situation and plans to update the Court accordingly.

> Respectfully submitted,
>
> *Alexander Rayskin*
>
> Alexander Rayskin